**DENY and Opinion Filed September 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00910-CV**

**IN RE LAUREN CADILAC, Relator**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-9744**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's September 16, 2022 petition for writ of mandamus. In the petition, relator complains about the trial court's failure to rule on her pending motion to withdraw as counsel.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of every document that is material to establishing her right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270

S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Because the documents included in the record are not certified by a trial court clerk or adequately sworn copies, we conclude relator has not met this burden.

Accordingly, we deny the petition for writ of mandamus.

/Bill Pedersen, III//

BILL PEDERSEN, III
220910f.p05                                            JUSTICE